# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Polster, Dan A. | 2. Court or Organization<br><br>U.S. Dist. Ct., ND Ohio | 3. Date of Report<br><br>03/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge--Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address |
|---|
| United States District Judge<br>18B Carl B. Stokes U.S. Court<br>Cleveland, Ohio 44113 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Lifetime Trustee | Agnon School |
| 2. | Trustee | Siegal Lifelong Learning Center/CWRU |
| 3. | Trustee | Jewish Education Center of Cleveland |
| 4. | Vice Chairman and Trustee | Jewish Federation of Cleveland |
| 5. | Trustee | Bellefaire Jewish Children's Bureau |
| 6. | Trustee | ▨ trust |
| 7. | Board of Directors | Federal Bar Assn (Cleveland chapter) |
| 8. | Board of Directors | Mt. Sinai Health Care Foundation |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | U.S. Civil Service Retirement System (CSRS) vested pension for Dept. of Justice service (1976-1998); to be paid upon retirement from judicial service |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Park Synagogue (Stipend for teaching 10th grade Confirmation class) | $2570.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Hahn, Loeser & Parks (law firm) |
| 2. 2013 | Coleman Law LLC (sole practice) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Money Market Funds (MLynch) | A | Interest | J | T | | | | | |
| 2. BB&T Corp | A | Dividend | | | Sold | 12/04/13 | J | A | |
| 3. Oakmark Intl Fund | A | Dividend | J | T | | | | | |
| 4. Baron Growth Fd | A | Dividend | J | T | | | | | |
| 5. GNM P41107 bonds | B | Dividend | J | T | | | | | |
| 6. Templeton Global Bd Fd | A | Dividend | K | T | | | | | |
| 7. Cohen & Steers Reit | A | Dividend | K | T | Buy | 06/04/13 | K | | |
| 8. Mainstay Large Cap Fd | A | Dividend | K | T | | | | | |
| 9. NFJ Div Int Prem Strat Fd | A | Dividend | J | T | | | | | |
| 10. Amer.Funds Wash Fd | A | Dividend | K | T | | | | | |
| 11. Delaware Corp Bd Fd | A | Dividend | | | Sold | 06/04/13 | K | A | |
| 12. Eaton Vance Tax-Ad Gl Div Fd | A | Dividend | K | T | | | | | |
| 13. Cohen & Steers Pref | A | Dividend | J | T | | | | | |
| 14. Mainstay Floating Rate Fd | A | Dividend | J | T | Buy | 12/04/13 | J | | |
| 15. | | | | | | | | | |
| 16. Dreyfus Prem. Mun. Bd Fund | C | Dividend | | | Sold | 12/16/13 | K | A | |
| 17. Liberty Acorn Tr Fd | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Chevron/Texaco | A | Dividend | K | T | | | | | |
| 19. Hamilton County Sewer Bonds | A | Dividend | | | Redeemed | 12/02/13 | J | A | |
| 20. DWS High Inc. Trust (formerly Kemper High Inc. Trust | A | Dividend | J | T | | | | | |
| 21. Intel | A | Dividend | K | T | | | | | |
| 22. Goldman Sachs Money Mkt | A | Dividend | K | T | | | | | |
| 23. Costco Wholesale Corp | A | Dividend | K | T | | | | | |
| 24. Vanguard Mid-Cap Fd | A | Dividend | K | T | | | | | |
| 25. Microsoft Corp. | A | Dividend | K | T | | | | | |
| 26. Mylan, Inc. | A | Dividend | J | T | | | | | |
| 27. Deere & Co. | A | Dividend | K | T | Sold (part) | 01/14/13 | J | D | |
| 28. FedEx Corp. | A | Dividend | K | T | Sold (part) | 12/16/13 | J | C | |
| 29. Kinder Morgan Energy Partners | A | Dividend | K | T | | | | | |
| 30. Du Pont De Nemours | A | Dividend | K | T | Buy | 12/16/13 | K | | |
| 31. Facebook Inc. | A | Dividend | K | T | Buy | 1/14/13 | K | | |
| 32. | | | | | | | | | |
| 33. Tenneco common | A | Dividend | J | T | | | | | |
| 34. Embarq (spinoff) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Windstream (spinoff) | A | Dividend | J | T | | | | | |
| 36. Transistor Devices common | A | Dividend | L | W | | | | | |
| 37. Transistor Devices common | A | Dividend | L | W | | | | | |
| 38. Nomura Partners Japan Fund Class S | A | Dividend | J | T | | | | | |
| 39. Unicom (formerly Comm. Ed. Preferred) | A | Dividend | J | T | | | | | |
| 40. Roulston Growth Fd | A | Dividend | J | T | | | | | |
| 41. PNC Bank (formerly National City)--check | A | Interest | J | T | | | | | |
| 42. PNC Bank-check | A | Interest | J | T | | | | | |
| 43. PNC Bank--CD | A | Interest | J | T | | | | | |
| 44. PNC Bank--CD | A | Interest | J | T | | | | | |
| 45. Ohio Savings - savings | A | Interest | J | T | | | | | |
| 46. IRA-Ohio Savings Bank (Amcap Class A Fd) | B | Dividend | K | T | | | | | |
| 47. IRA-Ohio Savings Bank (CD) | B | Interest | K | T | | | | | |
| 48. IRA-Prudential Equity Fund | C | Dividend | K | T | | | | | |
| 49. IRA-Prudential Equity Fd. | C | Dividend | K | T | | | | | |
| 50. 401(K)-____ law practice (ABA Ret. Fd) | A | Dividend | N | T | | | | | |
| 51. HR 10-____ law practice (ABA Ret. Fd) managed | A | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mentor Property,LLC | C | Distribution | K | R | | | | | |
| 53. | | | | | | | | | |
| 54. Money Market (MLynch) | A | Interest | J | T | | | | | |
| 55. Transistor Devices common | A | Dividend | L | W | | | | | |
| 56. American Funds Wash. | A | Dividend | | | Sold (part) | 04/17/13 | J | A | |
| 57. American Funds Wash. | A | Dividend | | | Buy (add'l) | 08/01/13 | J | | |
| 58. American Funds Wash | A | Dividend | | | Sold | 12/05/13 | J | B | |
| 59. American Gr. Fd of America | A | Dividend | | | Sold | 12/05/13 | J | C | |
| 60. Cohen & Steers REIT | A | Dividend | | | Sold | 04/07/13 | J | C | |
| 61. Cohen & Steers Pref | A | Dividend | | | Sold | 12/05/13 | J | B | |
| 62. Eaton Vance Inc. Fd | A | Dividend | | | Sold | 04/17/13 | K | A | |
| 63. Templeton Global Bd Fd | A | Dividend | | | Sold | 12/05/13 | J | A | |
| 64. Lord Abbett Value Fd | A | Dividend | | | Buy (add'l) | 08/01/13 | J | | |
| 65. Lord Abbett Value Fd | A | Dividend | | | Sold | 12/05/13 | J | A | |
| 66. Oakmark Intl Fd | A | Dividend | | | Sold | 12/05/13 | J | B | |
| 67. Blackrock Low Duration Fd | A | Dividend | | | Buy | 04/17/13 | K | | |
| 68. Blackrock Low Duration Fd | A | Dividend | | | Sold (part) | 08/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Blackrock Low Duration Fd | A | Dividend | | | Sold | 12/05/13 | K | A | |
| 70. Hotchkis and Wiley | A | Dividend | | | Buy | 08/01/13 | J | | |
| 71. Hotchkis and Wiley | A | Dividend | | | Sold | 12/05/13 | J | A | |
| 72. Baron Growth Fd | A | Dividend | | | Buy | 08/01/13 | J | | |
| 73. Baron Growth Fd | A | Dividend | | | Sold | 12/05/13 | J | A | |
| 74. Ford common | A | Dividend | K | T | | | | | |
| 75. Vistcon (Ford spinoff) | A | Dividend | J | T | | | | | |
| 76. Citigroup (acq. Ford spinoff) | A | Dividend | J | T | | | | | |
| 77. Unicom (form. Comm. Ed) | A | Dividend | J | T | | | | | |
| 78. Warburg Pincus Growth | A | Dividend | J | T | | | | | |
| 79. PNC Bank (savings) | A | Interest | J | T | | | | | |
| 80. | | | | | | | | | |
| 81. Trust** (lines 81-147) | E | Int./Div. | P1 | T | | | | | |
| 82. --State of Israel Bond | | | | | | | | | |
| 83. --Tenneco common | | | | | | | | | |
| 84. --JPMorgan Chase | | | | | | | | | |
| 85. --Sprint Corp | | | | | Sold | 09/10/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --M.Lynch Money Market | | | | | | | | | |
| 87. -- Israel Preferred | | | | | | | | | |
| 88. --. Dev. Bank of Israel Pref. | | | | | | | | | |
| 89. -- Amer.Fds New Persp Fd | | | | | | | | | |
| 90. --American Washington Mut Fd | | | | | | | | | |
| 91. -- Oakmark Intl Fund | | | | | | | | | |
| 92. --Baron Growth Fd | | | | | | | | | |
| 93. --US GNM Bonds | | | | | | | | | |
| 94. --Templeton Global Bond Fd | | | | | | | | | |
| 95. --Pimco Total Ret Fd | | | | | Sold | 06/04/13 | J | A | |
| 96. --Eaton Vance Tax-Ad Fd | | | | | | | | | |
| 97. Delaware Corp. Bd Fd | | | | | Sold | 06/04/13 | J | A | |
| 98. Mainstay Large Cap Gr Fd | | | | | | | | | |
| 99. Mainstay Floating Rate Fd | | | | | Buy | 12/04/13 | K | | |
| 100. Cohen & Steers Pref | | | | | | | | | |
| 101. Cohen & Steers Reit | | | | | Buy | 06/04/13 | K | | |
| 102. BB & T Corp | | | | | Sold | 12/04/13 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104.  --Money Market (Janney Adv) | | | | | | | | | |
| 105.  --Enbridge Energy Mgt. LLC | | | | | | | | | |
| 106.  --Trailer Bridge Inc. | | | | | Closed | 12/16/13 | J | A | |
| 107.  --Bolt Technologies | | | | | | | | | |
| 108.  --Culp Inc. | | | | | Sold | 01/14/13 | K | E | |
| 109.  --Durect Corp. | | | | | | | | | |
| 110.  Hersha Hospitality Tr | | | | | Sold | 09/17/13 | K | D | |
| 111.  Stratus Properties Inc | | | | | Buy (add'l) | 01/14/13 | K | | |
| 112.  GT Advanced Techs Inc | | | | | Buy (add'l) | 02/14/13 | K | | |
| 113.  GT Advanced Techs Inc | | | | | Sold (part) | 09/20/13 | K | E | |
| 114.  GT Advanced Techs Inc | | | | | Sold | 10/07/13 | K | D | |
| 115.  Nautilus, Inc. | | | | | Sold (part) | 02/06/13 | K | D | |
| 116.  Nautilus, Inc. | | | | | Sold | 12/02/13 | K | D | |
| 117.  Metalico, Inc. | | | | | Buy | 03/22/13 | K | | |
| 118.  Metalico, Inc. | | | | | Buy (add'l) | 03/25/13 | K | | |
| 119.  Metalico, Inc. | | | | | Buy (add'l) | 10/17/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Perma-Fix Environmental | | | | | Buy | 09/17/13 | K | | |
| 121. Perma-Fix Environmental | | | | | Buy (add'l) | 10/18/13 | K | | |
| 122. | | | | | | | | | |
| 123. --Money Market (Wells Fargo) | | | | | | | | | |
| 124. --Laclede Gas common | | | | | | | | | |
| 125. Mylan, Inc. | | | | | | | | | |
| 126. --Nuveen Ohio Munic. Fd | | | | | | | | | |
| 127. Royce Value Trust Inc | | | | | Buy | 10/23/13 | | | |
| 128. --Eaton Vance Tax Managed Gr. Fd (formerly E.V. Marath) | | | | | | | | | |
| 129. --Cedar Fair | | | | | | | | | |
| 130. --American Express Co. | | | | | | | | | |
| 131. --Chevron/Texaco | | | | | | | | | |
| 132. --XTO Energy (now Exxon Mobil after 2010 merger) | | | | | | | | | |
| 133. --Enterprise Products | | | | | | | | | |
| 134. --Franklin, Ohio Munic. Bond | | | | | Redeemed | 05/15/13 | K | A | |
| 135. --Caterpillar Inc | | | | | | | | | |
| 136. --IBM Corp. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  --Emerson Electric Co. | | | | | | | | | |
| 138.  --Costco Wholesale Corp | | | | | | | | | |
| 139.  Continental Resources Inc. | | | | | | | | | |
| 140.  Hospitality Properties Reit Trust | | | | | | | | | |
| 141.  Kinder Morgan Energy Partners LP | | | | | | | | | |
| 142.  United Rentals Inc. | | | | | Buy | 10/23/13 | K | | |
| 143.  --Vanguard Mid-Cap Fd | | | | | | | | | |
| 144.  --Cuyahoga Cty Cap Impt Bond | | | | | | | | | |
| 145.  Cincinnati Ohio Urban Redevelopment Bd | | | | | Buy | 10/23/13 | K | | |
| 146.  --Embarq. (spinoff) | | | | | | | | | |
| 147.  --Windstream (spinoff) | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | | | | | |
| 155. | | | | | | | | | |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. | | | | | | | | | |
| 161. | | | | | | | | | |
| 162. | | | | | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Polster, Dan A. | 03/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII (Investments and Trusts), lines 62 and 63:  These are ___ 401(K) and HR 10 accounts, maintained through ___ law firm.  They are both professionally managed by ABA Retirement Funds.  ___ determines an allocation among generic funds (e.g. bond, large-cap, small-cap). ___ has no knowledge or control of the selection of the specific funds themselves.

Part VII (Investments and Trusts), line 97.  This company, Nicholas Financial Inc., went into bankruptcy reorganization.

Part VII (Investments and Trusts), line 99.  I had listed this security, Trailer Bridge Inc., as a partial sale in 2011.  In fact, the Trust  completely sold it.

Part I
 9.  Board of Directors                     Global Cleveland

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Dan A. Polster**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544